# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jurgen H Wright | § | Case No. 15-11781 |
| Shannon Darlene Wright | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/11/2015. The undersigned trustee was appointed on 05/11/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     3,892.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 3,892.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  09/16/2015  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 973.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 973.00 , for a total compensation of $ 973.00 $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 150.12 , for total expenses of $ 150.12 $^{2}$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/30/2015     By: /s/KEVIN M. COFFEY
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-11781 SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
|---|---|---|---|---|---|
| Case Name: | Jurgen H Wright | | | Date Filed (f) or Converted (c): | 05/11/2015 (f) |
| | Shannon Darlene Wright | | | 341(a) Meeting Date: | 06/16/2015 |
| For Period Ending: | 10/30/2015 | | | Claims Bar Date: | 09/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 14200 Hummingbird Dr., Choctaw Ok 73020 | 366,375.00 | 0.00 | | 0.00 | FA |
| 2. Chase Checking Acct # Ending 2912 | 259.94 | 0.00 | | 0.00 | FA |
| 3. Arvest Checking # Ending 7293 | 1,900.67 | 0.00 | | 0.00 | FA |
| 4. Debtors' Household Goods And Furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc Books & Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 6. Debtors' Household's Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Bands | 300.00 | 0.00 | | 0.00 | FA |
| 8. Universal Life Insurance Policy National Mutual Benefit P.O. | 22,651.25 | 0.00 | | 0.00 | FA |
| 9. Fidelity Simple Ira | 340.00 | 0.00 | | 0.00 | FA |
| 10. Arvest Ira | 7,700.00 | 0.00 | | 0.00 | FA |
| 11. Southwest Professional Solutions Llc D/B/A Spicy Dawg Filed | 0.00 | 0.00 | | 0.00 | FA |
| 12. California State Income Tax Refund | 3,892.00 | 3,892.00 | | 3,892.00 | FA |
| 13. Us Patent 8,690,113 Not Marketed Or In Production. No Prior | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2014 Hyundai Accent Vin # Ending 7374 | 14,175.00 | 0.00 | | 0.00 | FA |
| 15. 2012 Toyota Prius Vin # Ending 3969 | 16,825.00 | 0.00 | | 0.00 | FA |
| 16. Misc Personal Tools, Lawn Equipment, Small Portable Generato | 3,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $443,268.86 | $3,892.00 | | $3,892.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

6/18/2015: Request for POC. POC due 9-16-15
6/23/2015 Form 1
6/24/2015: Trustee is investigating whether the lien on the 2014 Hyundai Accent is perfected.
9/17/2015: Request court costs
10/20/2015: Trustee's fee application filed
10/20/2015: TFR submitted to AUST for approval.

Initial Projected Date of Final Report (TFR): 07/03/2017      Current Projected Date of Final Report (TFR): 07/03/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-11781 | | Trustee Name: | KEVIN M. COFFEY |
| --- | --- | --- | --- | --- |
| Case Name: | Jurgen H Wright | | Bank Name: | First National Bank of Vinita |
| | Shannon Darlene Wright | | Account Number/CD#: | XXXXXX2980 |
| | | | | Checking |
| Taxpayer ID No: | | | Blanket Bond (per case limit): | $6,496,000.00 |
| For Period Ending: | 10/30/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | 12 | Jurgen Wright | tax refund | 1124-000 | $3,892.00 | | $3,892.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $3,892.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,892.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,892.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $3,892.00   $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2980 - Checking | $3,892.00 | $0.00 | $3,892.00 |
| | $3,892.00 | $0.00 | $3,892.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,892.00 |
| Total Gross Receipts: | $3,892.00 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11781  
Case Name: Jurgen H Wright  
　　　　　Shannon Darlene Wright  
Trustee Name: KEVIN M. COFFEY  

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　　$　　　3,892.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Communication Fcu | $ 16,317.06 | $ 16,317.06 | $ 0.00 | $ 0.00 |
| 21 | Jack Giles Restaurant Designs, Inc. | $ 11,794.25 | $ 11,794.25 | $ 0.00 | $ 0.00 |

　　Total to be paid to secured creditors　　　　　　　　　　　$　　　　0.00

　　Remaining Balance　　　　　　　　　　　　　　　　　　$　　　3,892.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Kevin M. Coffey | $ 973.00 | $ 0.00 | $ 973.00 |
| Trustee Expenses: Kevin M. Coffey | $ 150.12 | $ 0.00 | $ 150.12 |

　　Total to be paid for chapter 7 administrative expenses　　　$　　　1,123.12

　　Remaining Balance　　　　　　　　　　　　　　　　　　$　　　2,768.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 824.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Oklahoma Tax Commission | $ 824.89 | $ 0.00 | $ 824.89 |
| | Total to be paid to priority creditors | | | $ 824.89 |
| | Remaining Balance | | | $ 1,943.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 173,130.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Communication Fcu | $ 6,608.32 | $ 0.00 | $ 74.20 |
| 3 | Communication Fcu | $ 8,900.82 | $ 0.00 | $ 99.94 |
| 4 | Oklahoma Natural Gas | $ 395.68 | $ 0.00 | $ 4.44 |
| 5 | Discover Bank | $ 4,836.65 | $ 0.00 | $ 54.31 |
| 6 | Discover Bank | $ 2,926.42 | $ 0.00 | $ 32.86 |
| 8 | Iheartmedia | $ 3,970.18 | $ 0.00 | $ 44.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | Capital One Bank (USA), N. A. | $ 1,203.76 | $ 0.00 | $ 13.52 |
| 10 | Capital One Bank (USA), N. A. | $ 2,949.66 | $ 0.00 | $ 33.12 |
| 11 | Capital One Bank (USA), N. A. | $ 3,032.54 | $ 0.00 | $ 34.05 |
| 12 | Capital One Bank (USA), N. A. | $ 5,032.83 | $ 0.00 | $ 56.51 |
| 13 | Capital One Bank (USA), N. A. | $ 7,284.75 | $ 0.00 | $ 81.80 |
| 14 | Capital One Bank (USA), N. A. | $ 2,865.45 | $ 0.00 | $ 32.17 |
| 15 | Capital One Bank (USA), N. A. | $ 2,242.94 | $ 0.00 | $ 25.18 |
| 16 | Quantum3 Group Llc As Agent For | $ 462.08 | $ 0.00 | $ 5.19 |
| 17 | Capital One, N. A. | $ 1,069.69 | $ 0.00 | $ 12.01 |
| 18 | Cavalry Spv 1, Llc | $ 7,211.13 | $ 0.00 | $ 80.97 |
| 19 | Cavalry Spv 1, Llc | $ 4,676.00 | $ 0.00 | $ 52.50 |
| 20 | American Infosource Lp As Agent For | $ 9,478.67 | $ 0.00 | $ 106.43 |
| 22 | American Express Centurion Bank | $ 10,209.63 | $ 0.00 | $ 114.64 |
| 23 | American Express Bank, Fsb | $ 642.61 | $ 0.00 | $ 7.22 |
| 24 | American Express Bank, Fsb | $ 5,232.30 | $ 0.00 | $ 58.75 |
| 25 | Wells Fargo Bank NA | $ 483.72 | $ 0.00 | $ 5.43 |
| 26 | Capital Recovery V, LLC | $ 5,227.54 | $ 0.00 | $ 58.70 |
| 27 | Capital Recovery V, LLC | $ 1,782.88 | $ 0.00 | $ 20.02 |
| 28 | Capital Recovery V, LLC | $ 3,437.35 | $ 0.00 | $ 38.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Capital Recovery V, LLC | $ 3,643.81 | $ 0.00 | $ 40.91 |
| 30 | Capital Recovery V, LLC | $ 5,608.17 | $ 0.00 | $ 62.97 |
| 31 | Capital Recovery V, LLC | $ 391.89 | $ 0.00 | $ 4.40 |
| 32 | Capital Recovery V, LLC | $ 1,950.91 | $ 0.00 | $ 21.91 |
| 33 | Capital Recovery V, LLC | $ 371.48 | $ 0.00 | $ 4.17 |
| 34 | Capital Recovery V, LLC | $ 5,209.73 | $ 0.00 | $ 58.50 |
| 35 | PYOD, LLC its successors and assigns as assignee | $ 9,114.75 | $ 0.00 | $ 102.34 |
| 36 | PYOD, LLC its successors and assigns as assignee | $ 9,224.06 | $ 0.00 | $ 103.57 |
| 37 | Wells Fargo Card Services | $ 973.04 | $ 0.00 | $ 10.93 |
| 38 | Portfolio Recovery Associates, Llc | $ 15,204.16 | $ 0.00 | $ 170.72 |
| 39 | Portfolio Recovery Associates, Llc | $ 4,587.95 | $ 0.00 | $ 51.52 |
| 40 | Portfolio Recovery Associates, Llc | $ 14,687.11 | $ 0.00 | $ 164.91 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,943.99 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE